# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GABRIEL BUSH**
Reg #12972-003                                                                                          **PLAINTIFF**

v.                              CASE NO. 2:20-cv-54-LPR-BD

USA                                                                                                     **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Bush has not filed objections. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Bush's lawsuit is DISMISSED, without prejudice, for failing to address the filing fee requirement and for failing to notify the Court of his current address.

IT IS SO ORDERED, this 26th day of April, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE