# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GABRIEL BUSH**
Reg #12972-003                                                                                    **PLAINTIFF**

v.                              **CASE NO. 2:20-cv-54-LPR-BD**

USA                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 26th day of April, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE